## ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Odyssey International, Inc. | ) ASBCA Nos. 60575, 60576 |
| | ) |
| Under Contract No. W912BU-11-C-0036 | ) |

APPEARANCES FOR THE APPELLANT:   H. Burt Ringwood, Esq.
Ryan C. Bullock, Esq.
 Strong & Hanni Law Firm, PC
 Sandy, UT

APPEARANCES FOR THE GOVERNMENT:   Thomas H. Gourlay, Jr., Esq.
 Engineer Chief Trial Attorney
James D. Mirynowski, Esq.
Amanda G. Phily, Esq.
 Engineer Trial Attorneys
 U.S. Army Engineer District, Philadelphia

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 29 August 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60575, 60576, Appeals of Odyssey International, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals